```
          IN THE UNITED STATES DISTRICT COURT FOR
              THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | | |
|---|---|---|
| TOMMY TOMPKINS, | : | |
|     Plaintiff, | : | |
| v. | : | 1:20-cv-00576 |
| CAPITAL RESORTS GROUP, LLC, | : | |
|     Defendant. | : | |
| | : : : | |

**DEFENDANT CAPITAL RESORTS GROUP,**
**<u>LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Capital Resorts Group, LLC, by its undersigned attorneys, makes the following disclosures pursuant to Rule 7.1, *Fed.R.Civ.P.*, and Civil Local Rule 7.1:

1.  Capital Resorts Group, LLC, a party, is a Delaware limited liability company with its principal place of business located in Horry County, South Carolina.  Capital Resorts Group, LLC is a non-governmental entity.

2.  Capital Vacations, LLC is a Delaware limited liability company with its principal place of business located in Horry County, South Carolina.  Capital Vacations, LLC is the sole member of Capital Resorts Group, LLC.

3.  CR Manager, LLC is a South Carolina limited liability company and is the Manager of Capital Resorts Group, LLC.

1

Dated:  December 1, 2020

Respectfully submitted,

/s/ Halron W. Turner
HALRON W. TURNER (TURNH9339)
Turner, Onderdonk, Kimbrough,
  Howell, Huggins & Bradley, PA
13212 West Central Avenue
Post Office Drawer 1389
Chatom, Alabama 36518
Telephone:  (251) 847-2237
Facsimile:  (251) 847-3115
Email:  hwt@tokh.com

**Attorneys for Defendant
Capital Resorts Group, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system, which will send notification of such filing to all registered counsel of record as listed below.

/s/ Halron W. Turner
HALRON W. TURNER
Counsel for Defendant

**Counsel of Record**:

Earl P. Underwood Jr., Esq. (epunderwood@alalaw.com)

2