**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

TOMMY TOMPKINS,                         :

    Plaintiff,                          :

v.                                      :            1:20-cv-00576-KD-MU

CAPITAL RESORTS GROUP, LLC,             :

    Defendant.                          :

                                       :   :   :

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

In accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Tommy Tompkins and Defendant Capital Resorts Group, LLC, by their respective undersigned attorneys, hereby stipulate that this action, including all claims that were or could have been asserted therein, shall be dismissed in its entirety with prejudice, each party to bear his or its own attorney fees and costs.

Dated:  September 28, 2021

Respectfully submitted,


_____ /s/ Earl P. Underwood Jr. _____
EARL P. UNDERWOOD JR.
Signed by HWT with Permission
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama 36532
Telephone:  (251) 990-5558
Facsimile:  (251) 990-0626
Email:  epunderwood@alalaw.com

**Attorneys for Plaintiff,
Tommy Tompkins**


_____ /s/ Halron W. Turner _____
HALRON W. TURNER (TURNH9339)
Turner, Onderdonk, Kimbrough,
  Howell, Huggins & Bradley, PA
13212 West Central Avenue
Post Office Drawer 1389
Chatom, Alabama 36518
Telephone:  (251) 847-2237
Facsimile:  (251) 847-3115
Email:  hwt@tokh.com

**Attorneys for Defendant,
Capital Resorts Group, LLC**

2